IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § § § § | CRIMINAL NO. H-09-516 |
| EUSTOLIO GARCIA PONCE | § | |

**O R D E R**

Counsel for the defendant, Eustolio Garcia Ponce, filed a motion to withdraw; a motion to have new counsel appointed for the defendant; and a motion for the defendant to proceed *in forma pauperis*. (Docket Entry Nos. 42, 43 and 44). The motions are GRANTED. Sharon Gray may withdraw as counsel of record. Magistrate Judge Mary Milloy will appoint new counsel to represent the defendant on appeal.

SIGNED on April 8, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge